```
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK         X
---------------------------------------X
IN RE                                    CASE NO.
THOMAS GIOELI JR
```

## CHAPTER 13 PLAN

```
             Debtor(s).
---------------------------------------X
```

1.  The future earnings of the debtor(s) are submitted to the supervision and control of the trustee and the debtor shall pay to the trustee for a period of 60  months, the sum of:

    *   $1200 commencing NOV, 2011 through and including OCT, 2016,the last month of the plan.

2.  From the payments so received, the trustee shall make disbursements as follows:

    (a)  Full payments in deferred cash payments of all claims entitled to priority under 11 U.S.C. Section 507 including Jacoby & Jacoby in the amount of $2000

    (b)  Holder of allowed secured claims shall retain the liens securing such claims and shall be paid as follows:

    ALL POST-PETITION MORTGAGE PAYMENTS  TO BE MADE OUTSIDE THE PLAN BY THE DEBTOR(S).

GMAC MORTGAGE TO BE PAID $57,000 IN ARREARS

    (c)  Subsequent  and/or concurrently with distribution to secured creditors, dividends to unsecured creditors whose claims are duly allowed as follows:

Pro rata distribution to all timely filed proofs of claims not less than 100%

3.  The following executory contracts of the debtor are rejected:
    **NONE**
    Title to the debtor(s) property shall revest in the debtor upon completion of the plan, unless otherwise provided in the Order confirming this plan

    Throughout the term of this plan, debtor agrees that debtor will not incur post-petition debt over $1500.00 without first notifying the Chapter 13 trustee in writing.

Dated: 10/17/11                                             /S THOMAS GIOELI JR

/S Richard Jacoby
Richard A. Jacoby, Esq.
Attorney for Debtor(s)