UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------X

IN RE                                                                          BANKRUPTCY
                                                                                      CASE#

THOMAS GIOELI, JR


                                                                                      AFFIDAVIT
                            DEBTOR
--------------------------------------------------------X
STATE OF NEW YORK)
                              ) ss.:
COUNTY OF SUFFOLK)


The debtor, THOMAS GIOELI, JR, being duly sworn, deposes and says:

    1.     I am a debtor in this Chapter 13.

    2.     My only earnings are $1,465.00 per month from Social Security, $357.00 per month from my Pension and $2,100.00 per month from Rental Income.

    3.     For the same reasons as above, I do not have 60 days of pay stubs.


                                              S/ THOMAS GIOELI, JR
                                              THOMAS GIOELI, JR


Sworn to me this     10th  Day of     October    , 2011


 /S/ NOTARY PUBLIC
Notary Public