| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>EASTERN DISTRICT OF NEW YORK | *Return Date:  October 10, 2013*<br>*Time:  11:00 a.m.* |

---------------------------------------------------------X

In re:

THOMAS GIOELI, JR.

Chapter 13
Case No.: 811-77379-736

                       Debtor(s)                         **NOTICE OF MOTION**

---------------------------------------------------------X

SIRS / MADAMS

        **PLEASE TAKE NOTICE**, that MICHAEL J. MACCO, Chapter 13 Trustee of the above captioned estate, will move before the Honorable Robert E. Grossman, United States Bankruptcy Judge on the 10th day of OCTOBER, 2013 at 11:00 a.m., at the United States Bankruptcy Court located at the Long Island Federal Courthouse, 290 Federal Plaza – Courtroom 860, Central Islip, New York 11722, for an Order pursuant to 11 U.S.C. §1307(c), dismissing this case, by reason of the debtor(s)' default in making timely monthly plan payments under the Chapter 13 Plan, and for such other and further relief as this Court deems just and proper.

        **PLEASE TAKE FURTHER NOTICE**, that answering papers, if any, shall be filed with the Court and served upon the undersigned no later that three (3) days prior to the return date of this motion.

Dated: Melville, New York                        Yours, etc.
           September 23, 2013

                                                      MICHAEL J. MACCO
                                                    Chapter 13 Trustee
                                                    135 Pinelawn Road, Suite 120 South
                                                    Melville, New York 11747
                                                    (631) 549-7900

*To:*    *Office of the United States Trustee*
          *Thomas Gioeli, Jr.*
          *Richard A. Jacoby, Esq., Attorney for Debtor(s)*
          *GMAC Mortgage, LLC, Creditor*
          *Ocwen Loan Servicing, LLC, Creditor*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X    **tmm1634**
In re:

                                                     Chapter 13

THOMAS GIOELI, JR.                          Case No.: 811-77379-736

               Debtor(s)                       **APPLICATION**
-----------------------------------------------------X

TO THE HONORABLE ROBERT E. GROSSMAN, UNITED STATES BANKRUPTCY JUDGE:

      MICHAEL J. MACCO, Chapter 13 Trustee in the above captioned estate, respectfully represents as follows:

      1. The debtor(s) filed a petition under the provisions of 11 U.S.C. Chapter 13 on October 19, 2011, and thereafter MICHAEL J. MACCO was duly appointed and has qualified as Trustee.

      2. The debtor(s)' plan was confirmed by Order of this Court on March 8, 2012.

      3. The debtor(s)' plan provides for payment to the Trustee in the sum of $1,200.00 per month, for a period of sixty (60) months.

      4. The debtor(s) is in default in that the Trustee is owed the sum of $7,200.00, representing six (6) monthly plan payments. This amount includes all plan payments due to the Trustee until the return date of this motion.

      5. Furthermore, in the event this motion is adjourned to a later date, the Trustee requests that the motion be amended to include as arrearage, all payments that accrue from the date of the scheduled hearing until the adjourned hearing.

      6. This is a material default and is prejudicial to the rights of the creditors of the debtor(s).

      **WHEREFORE**, the Trustee prays for an Order pursuant to the provisions of 11 U.S.C. §1307(c), dismissing this case, and for such other and further relief as this Court deems just and proper.

Dated: Melville, New York
       September 23, 2013                    */s/ **Michael J. Macco***
                                                      Michael J. Macco, Chapter 13 Trustee
                                                      135 Pinelawn Road – Suite 120 South
                                                      Melville, New York 11747
                                                      (631) 549-7900

STATE OF NEW YORK     )
COUNTY OF SUFFOLK    )     ss.:

       LONI BRAGIN, being duly sworn, deposes and says: deponent is not a party to this action, is over 18 years of age, and resides in Suffolk County, New York.

       On September 23, 2013, deponent served the within:

### NOTICE OF MOTION AND APPLICATION

upon the following parties, at the addresses designated by said parties for that purpose, by depositing a true copy of same, enclosed in a post-paid, properly addressed wrapper in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York:

*Office of the United States Trustee*
*Long Island Federal Courthouse*
*560 Federal Plaza*
*Central Islip, NY 11722*

*Ocwen Loan Servicing, LLC*
*c/o Rosicki, Rosicki & Associates, P.C.*
*51 East Bethpage Road*
*Plainview, NY 11803*

*Thomas Gioeli, Jr.*
*6 Windmill Road*
*Oakdale, NY 11769*

*Richard Jacoby, Esq.*
*Attorney for Debtor(s)*
*1737 North Ocean Avenue*
*Medford, NY 11763*

*GMAC Mortgage, LLC*
*c/o Steven J. Baum, P.C.*
*220 Northpointe Parkway, Ste. G*
*Amherst, NY 14228*

*GMAC Mortgage, LLC*
*c/o Rosicki, Rosicki & Associates, P.C.*
*51 East Bethpage Road*
*Plainview, NY 11803*

                                                ***/s/ Loni Bragin***
                                                LONI BRAGIN

Sworn to before me this
23rd day of SEPTEMBER, 2013

***/s/ Janine M. Zarrilli***
NOTARY PUBLIC
Janine M. Zarrilli
Notary Public, State of New York
No. 01ZA5084708
Qualified in Nassau County
Commission Expires September 8, 2017