# United States Bankruptcy Court

Eastern District Of New York
290 Federal Plaza
Central Islip, NY 11722

| | |
|---|---|
| IN RE: | CASE NO: 8−11−77379−reg |
| Thomas Gioeli | |
| Social Security/Individual Taxpayer ID/Taxpayer ID/Employer ID No.: | CHAPTER: 13 |
| xxx−xx−6387 | |
| DEBTOR(s) | |

## ORDER TO CLOSE DISMISSED CASE

The above−captioned case was dismissed by order dated October 11, 2013

**IT IS ORDERED THAT:**

   Michael J. Macco (Trustee) is discharged as trustee of the estate of the above−named debtor(s) and the bond is cancelled.

The Chapter 13 case of the above−named debtor(s) is closed.


                                          s/  Robert E. Grossman
                                          United States Bankruptcy Judge

Dated: October 29, 2013


**Goclosdsmcs** [Order to Close Dismissed Case rev. 07/21/03]